courts' reliance on *Johnson* in upholding appellant's conviction did not violate his right to due process. The district court did not err in denying his petition for habeas corpus on this ground.

**AFFIRMED.**

**Dion STARR, Plaintiff–Appellee,**

v.

**COUNTY OF LOS ANGELES; Los Angeles County Sheriff's Department; Deputy Maybet Bugarin; Deputy Jose Garibay, Erroneously Sued as Deputy Jose Garivay; Sgt. Michael Inge; Lt. Alfred Gonzalez, Erroneously Sued as Alfred Gonzales; Capt. John Clark, Defendants–Appellants.**

**No. 10–56205.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 7, 2012.

Filed Jan. 13, 2014.

Sonia Maria Mercado, R. Samuel Paz, Law Offices of R. Samuel Paz, Culver City, CA, for Plaintiff–Appellee.

Melinda Cantrall, Thomas C. Hurrell, Esquire, Hurrell Cantrall LLP, Los Angeles, CA, for Defendants–Appellants.

Before: D.W. NELSON and O'SCANNLAIN, Circuit Judges, and SINGLETON, Senior District Judge.*

ORDER **

The parties' joint motion for voluntary dismissal of this appeal is **GRANTED.** This appeal is dismissed. *See* Fed. R.App. P. 42(b). This order sent to the district court shall constitute the mandate. The parties shall bear their own costs and fees on appeal.

---

* The Honorable James K. Singleton, Senior District Judge for the U.S. District Court for the District of Alaska, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.